BEFORE THE FIRST DIVISION, APRIL 21, 1966

**No. P66/41.**—Gitkin Co. and The Otto Gerdau Co. *v.* United States, protests 64/23856 and 64/14688 (New York).

NICHOLS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of valances similar

in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.